**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTOPHER TAYLOR, | ) |
| Plaintiff, | ) ) ) Case No. 1:23-cv-01222-CFC |
| v. | ) ) |
| AVANTAX, INC., GEORGANNE PROCTOR, MARK ERNST, E. CAROL HAYLES, KANAYALAL KOTECHA, J. RICHARD LEAMAN III, TINA PERRY, KARTHIK RAO, JANA SCHREUDER, and CHRISTOPHER WALTERS, | ) ) ) ) ) ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 1, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*